# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

THOMAS HOSTETLER,    )
            )
     Plaintiff,   )
            )   NO.  CV-06-0310-MWL
  vs.         )
            )  **JUDGMENT IN A**
MICHAEL J. ASTRUE,    )   **CIVIL CASE**
Commissioner of Social Security,  )
            )
     Defendant.  )
            )
_____)

## DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this 1st day of June, 2007.

          JAMES R. LARSEN
          District Court Executive/Clerk


          by: s/Pamela A. Howard
             Deputy Clerk

cc: all counsel